THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS HARRIS, Appellant. [53 NYS3d 534]—

Judgment, Supreme Court, New York County (Larry R.C. Stephen, J.), rendered November 12, 2010, convicting defendant, after a nonjury trial, of attempted assault in the third degree, and sentencing him to a term of 90 days, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Evidence that defendant punched the victim in the head with such force that it caused a laceration and significant bleeding supports a finding that defendant intended to cause physical injury (*see e.g. People v Lovenia V.*, 128 AD3d 537 [1st Dept 2015], *lv denied* 26 NY3d 931 [2015]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.